## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Yury Grenadyor

                        Plaintiff,

v.                                                     Case No.: 1:21−cv−04515

                                                            Honorable Sharon Johnson Coleman

7−Eleven, Inc.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 28, 2021:

      MINUTE entry before the Honorable Susan E. Cox: This case has been referred to Judge Cox for discovery supervision and settlement. The parties are ordered to file an updated joint status report on 1/28/22 informing the Court on the progress of written discovery and whether the parties believe a settlement conference would be fruitful at that time. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.