UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Yury Grenadyor
                Plaintiff,

v.                                            Case No.: 1:21−cv−04515
                                            Honorable Sharon Johnson Coleman

7−Eleven, Inc.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 31, 2022:

        MINUTE entry before the Honorable Susan E. Cox:The Court has reviewed the parties' status report. The parties continue progressing smoothly with discovery in anticipation of the 7/22/2022 class certification deadline but have still not scheduled any depositions, as Defendant is still producing documents on a rolling basis. The parties are informed that the Court will not grant any extensions of deadlines absent a written motion demonstrating good cause for the extension. They do not request a settlement conference at this time. The parties are to file an updated joint status report on 7/15/2022. Mailed notice (gw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.