IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| YURY GRENADYOR, individually, and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>7-ELEVEN, INC., a Texas corporation,<br><br>　　　　　Defendant. | Case No.: 1:21-cv-04515<br><br>District Judge Sharon Johnson Coleman |

## **STIPULATION OF DISMISSAL**

　　The undersigned parties, by their respective counsel, hereby agree and stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A), to the dismissal of all claims by Plaintiff Yury Grenadyor with prejudice, and the claims of any putative class members without prejudice, against Defendant 7-Eleven, Inc. in this action pursuant to settlement, the parties agreeing to bear their own costs and fees.


| Plaintiff YURY GRENADYOR, | Defendant 7-ELEVEN, INC., |
|---|---|
| By: /s/ Thomas A. Zimmerman, Jr.<br>　　Thomas A. Zimmerman, Jr.<br>　　*tom@attorneyzim.com*<br>　　ZIMMERMAN LAW OFFICES, P.C.<br>　　77 W. Washington St., Suite 1220<br>　　Chicago, Illinois 60602<br>　　(312) 440-0020<br><br>*Attorneys for Plaintiff* | By: /s/ Daniel M. Blouin<br>　　Daniel M. Blouin<br>　　*dblouin@winston.com*<br>　　WINSTON & STRAWN LLP<br>　　35 W. Wacker Dr.<br>　　Chicago, Illinois 60601<br>　　(312) 558-7544<br><br>*Attorneys for Defendant* |