## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Yury Grenadyor

     Plaintiff,

v.

7–Eleven, Inc.

     Defendant.

Case No.: 1:21–cv–04515
Honorable Sharon Johnson Coleman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 14, 2022:

  MINUTE entry before the Honorable Sharon Johnson Coleman: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this case is dismissed with prejudice as to all claims by Plaintiff. The claims of any putative class members are dismissed without prejudice against Defendant. Parties agree to bear their own costs and fees. Telephone status hearing set for 7/22/2022 is stricken. Civil case terminated. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.